**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| Mark Wickett, | ) | C.A. No.: 6:16-cv-00145-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Aetna Life Insurance Company, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to August 12, 2016. The parties have advised the court that they have set mediation for August 12, 2016. Accordingly, the parties have asked that the deadline to mediate the above case be moved to August 12, 2016, and the deadline to file the joint stipulation and the parties' respective memoranda to be moved to September 11, 2016. For good cause shown, the court does believe that an extension of time within which to mediate, to file a joint stipulation, and to file memoranda pursuant to the court's specialized case management order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to August 12, 2016 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to September 11, 2016.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate is hereby extended to August 12, 2016 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until September 11, 2016. In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

                                                      s/Mary Geiger Lewis
                                                  The Honorable Mary Geiger Lewis
                                                  United States District Judge

July 12, 2016
Columbia, South Carolina